UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 23-435 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 8:20-cr-00171-JVS-FWS-5 |
| v. | Central District of California, Santa Ana |
| JESUS RAMIRO GOMEZ, AKA Hunter, | ORDER |
| Defendant - Appellant. | |

En banc oral argument has been rescheduled from the week of June 23, 2025, in Seattle, Washington, to the week of September 8, 2025, in San Francisco, California. The date and time will be determined by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT