UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

FEB 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-435 |
| Plaintiff - Appellee, | D.C. No. 8:20-cr-00171-JVS-FWS-5 |
| v. | Central District of California, Santa Ana |
| JESUS RAMIRO GOMEZ, AKA Hunter, | MANDATE |
| Defendant - Appellant. | |

The judgment of this Court, entered January 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT