# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 14, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:   Jesus Ramiro Gomez
v. United States
No. 25-7193
(Your No. 23-435)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 10, 2026 and placed on the docket April 14, 2026 as No. 25-7193.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst